In the Matter of ANTHONY THOMPSON, Appellant, v CYRUS R. VANCE, JR., et al., Respondents.

Decided June 22, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge FEINMAN taking no part.